




Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, a Delaware corporation, d/b/a MONSTER BEVERAGE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL BEVERAGE CORP., a Delaware corporation, SHASTA BEVERAGES INC., a Delaware corporation, NEWBEVCO INC., a Delaware corporation, and FREEK'N BEVERAGE CORP., a Delaware corporation,<br><br>Defendants. | Case No. CV 06-5470 ER<br><br>**PRELIMINARY INJUNCTION** |

Defendants, their parents, subsidiaries, affiliates, officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Order are preliminarily enjoined and restrained from manufacturing, distributing, shipping, advertising, marketing, promoting, selling, or offering to sell the Freek energy drinks in containers the same or similar to their current containers or any containers confusingly similar to Plaintiff's current Monster trade dress. Defendants, their parents, subsidiaries, affiliates, officers, agents, servants, employees, attorneys, and those persons in



1 active concert or participation with them who receive actual notice of this Order
2 shall immediately withdraw from the market any Freek energy drinks in containers
3 having an appearance the same or similar to their current containers or any
4 containers confusingly similar to Plaintiff's current Monster trade dress.

5 Pursuant to Federal Rule of Civil Procedure 65(c), this injunction will
6 be effective upon Plaintiff's posting of a bond in the amount of $500,000.00.

8 IT IS SO ORDERED.
9 IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United
10 States mail or by telefax or by email, copies of this Order on counsel for the
11 parties in this matter.

12 Dated: OCT - 5 2006

*Edward Rafeedie*

EDWARD RAFEEDIE
Senior United States District Judge